**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| GARG GROUP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PUROO KAUL; ) | |
| DEMBI PRODUCTION LLC; ) | Case No.  1:22-cv-01530 Garg Group v. Kaul et al |
| MOHAMMAD ABBAS; SUNGLOW ) | |
| ENTERTAINMENT LLC; and ) | |
| KRYSTAL ENTERTAINMENT INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF REMOVAL and JURY DEMAND

NOW COMES Defendants, Puroo Kaul and Dembi Production LLC (hereinafter "Defendants Kaul and Dembi"), by counsel and pursuant to 28 U.S.C. § 1441 and 1446(a), and hereby provides notice of the removal of the civil action currently pending in Marion County, Indiana, Superior Court, Civil Divisions, and states as follows:

1. Defendants Puroo Kaul and Dembi Production LLC are defendants in a civil action filed in. and currently pending before the Marion County, Indiana, Superior Court, styled as *Garg Group v. Puroo Kaul; Dembi Production LLC; Mohammad Abbas; Sunglow Entertainment LLC; and Krystal Entertainment Inc.,* Cause No. 49D13-2206-PL-020554. Said action was initiated by the filing of a Complaint on June 21. 2022, attached as Exhibit B.[1]

2. This action is removable pursuant to 28 U.S.C. § 1441(a) in that it is an action over which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332.

---

[1] Exhibit A is the Civil Cover Sheet.

There is complete diversity of citizenship between Plaintiff and all Defendants, being citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interests and costs.

3. Upon information and belief. Plaintiff is a corporation organized and existing under the laws of the State of Indiana, with its principal place of business in the State of Indiana.

4. The citizenship of each Defendant identified by Plaintiff in its Complaint (absent the subsequently dismissed party, Sunglow Entertainment LLC) is as follows:

   a. Puroo Kaul is an individual residing in and domiciled in the State of California.

   b. Dembi Production LLC is a limited liability company organized and existing under the laws of the State of California, with its principal place of business in the State of California.

   c. Upon information and belief, Mohammad Abbas is an individial residing in and domiciled in the State of Texas.

   d. Krystal Entertainment Inc. is a limited liability company organized and existing under the laws of the State of California, with its principal place of business in the State of California.

5. Thus, the controversy in said action is entirely between citizens of different states, and Defendants Puroo Kaul and Dembi Production LLC desire to remove said action from the Superior Court of Marion County, Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division.

6. In its Complaint, Plaintiff, Garg Group, alleges Defendants fraudulently induced Plaintiff to contribute to a partnership via wire transfer, committed fraud, misappropriated funds, requests injunctive relief, and alleges direct, punitive, and consequential damages in excess of $550,000. (Exhibit B, Plaintiff's Complaint ¶¶ 9-25).

7. In light of Plaintiff's claims and representation in the Complaint that damages greatly exceed $75,000, there is a reasonable probability that the amount in controversy between Plaintiff and Defendants exceed $75,000 exclusive of costs and interest. Therefore, the Court has original jurisdiction under 28 U.S.C. § 1331 over the claims asserted by Plaintiff against Defendants. *Meridian Security Ins. Co. v. Sadowski,* 441 F.3d 536 (7th Cir. 2006); *Spivey v. Vertrue, Inc.,* 528 F.3d 982 (7th Cir. 2008).

8. Defendants Puroo Kaul and Dembi Production LLC were served with a copy of the Summons and Complaint on or about July 5, 2022 via certified mail. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

9. Copies of the docket and all process and pleadings received by Defendants Kaul and Dembi in the Indiana State Court action to date are attached hereto as Exhibit C

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Marion County, Indiana, Superior court is Cause No. 49D13-2206-PL-020554. A copy of the Notice of Filing of Notice of Removal that will be filed in the Indiana State Court action is attached as Exhibit D.

## JURY DEMAND

Defendants, Puroo Kaul and Dembi Production LLC, by counsel, demand trial by jury on all issues triable by jury.

Respectfully submitted,

SAEED & LITTLE LLP

/s/ *Syed Ali Saeed*
Syed Ali Saeed, No. 28759-49

*Counsel for Defendants, Puroo Kaul and Dembi Production LLC*

SAEED & LITTLE LLP
133 W. Market Street, #189
Indianapolis, IN 46204
(317) 721-9214
ali@sllawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, a copy of the foregoing Defendant's Notice of Removal and Jury Demand was filed electronically via CM/ECF and notice of the filing of this document was sent to the following known counsel and parties of record in the underlying state court matter:

Patrick Rooney
1638 Shelby Street, Suite 101
Indianapolis, IN 46203

Mohammad Abbas
748 Eastlake Drive
Coppell, TX 75019

Krystal Entertainment Inc.
c/o Puroo Kaul
418 Ohlones St.
Fremont, CA 94539

/s/ *Syed Ali Saeed*_____
Syed Ali Saeed, No. 28759-49