| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | |

| | | |
|---|---|---|
| GARG GROUP | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PUROO KAUL; | ) | |
| DEMBI PRODUCTION LLC; | ) | CAUSE NO: 49D13-2206-PL-020554 |
| MOHAMMAD ABBAS; SUNGLOW | ) | |
| ENTERTAINMENT LLC; and | ) | |
| KRYSTAL ENTERTAINMENT INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on August 2, 2022, Defendants Puroo Kaul and Dembi Production LLC. By counsel, filed its Notice of Removal of the above-captioned action in the United States District Court for the Southern District of Indiana, Indianapolis Division, thereby removing this matter. A copy of the Notice of Removal is attached hereto.

In accordance with 28 U.S.C. § 1446, the filing of the Notice of Removal "shall effect the removal and the State Court shall proceed no further unless and until the case is remanded."

Dated: August 2, 2022

Respectfully submitted,

SAEED & LITTLE LLP

/s/ *Syed Ali Saeed*
Syed Ali Saeed, No. 28759-49

*Counsel for Defendants, Puroo Kaul and Dembi Production LLC*

SAEED & LITTLE LLP
133 W. Market Street, #189
Indianapolis, IN 46204
(317) 721-9214
ali@sllawfirm.com

# **CERTIFICATE OF SERVICE**

  I certify that on August 2, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).

  I also certify that on August 2, 2022, the foregoing document was served upon the following persons via IEFS and/or U.S. Mail

Patrick Rooney
1638 Shelby Street, Suite 101
Indianapolis, IN 46203

Mohammad Abbas
748 Eastlake Drive
Coppell, TX 75019

Krystal Entertainment Inc.
c/o Puroo Kaul
418 Ohlones St.
Fremont, CA 94539

            _/s/ *Syed Ali Saeed* _____
            Syed Ali Saeed