**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| GARG GROUP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PUROO KAUL; )<br>DEMBI PRODUCTION LLC; )<br>MOHAMMAD ABBAS; and )<br>KRYSTAL ENTERTAINMENT INC. )<br>)<br>Defendants. )<br>_____ ) | Case No.    1:22-cv-01530 |

## JOINT MOTION TO STAY OF PROCEEDINGS

Comes now the Plaintiff, Garg Group, and Defendants Puroo Kaul and Dembi Production LLC, by their respective counsel, and move this Court to stay the proceedings of his matter and in support thereof states the following:

1. This lawsuit stems from Plaintiff's multiple allegations of fraud with respect to a partnership between the parties, as well as an allegation of misappropriation of partnership funds.

2. Plaintiff and Defendants, Puroo Kaul and Dembi Production LLC, have commenced settlement negotiations and are hopeful of reaching a global settlement in this matter.

3. Accordingly, Plaintiff and Defendant Puroo Kaul and Dembi Production LLC request the Court stay the proceedings of this matter for sixty (60) days pending resolution of the settlement discussions.

4. Plaintiff and Defendants Puroo Kaul and Dembi Production LLC do not anticipate any objection to this motion by Defendants Mohammad Abbas and Krystal Entertainment Inc. who have not yet appeared in this matter.

5. If the settlement negotiations are unsuccessful, any party to the litigation may file for the stay of the litigation to be lifted and to proceed with the litigation, including, without limitation, the setting of any hearings with respect thereto prior to the expiration of the sixty (60) days and shall not be prejudiced by being reason of being a joint party to this Motion.

WHEREFORE the Plaintiff, Garg Group, and Defendants Puroo Kaul and Dembi Production LLC, respectfully requests that the Court issue an order staying the above-captioned matter for sixty (60) days, pending the resolution of this matter, and any other relief the Court deems just and reasonable.

Respectfully submitted,

/s/ *Patrick M. Rooney*
Patrick M. Rooney, No. 28383-49

*Counsel for Plaintiff, Garg Group*

_____

Syed Ali Saeed, No. 28759-49

*Counsel for Defendants, Puroo Kaul and Dembi Production LLC*

## **CERTIFICATE OF SERVICE**

I certify that on August ___, 2022, I electronically filed the foregoing document using the CM/ECF filing system.

I also certify that on August ___, 2022, the foregoing document was served upon the following persons via CM/ECF and/or U.S. Mail.

Mohammad Abbas
748 Eastlake Drive
Coppell, TX 75019

Krystal Entertainment Inc.
c/o Puroo Kaul
418 Ohlones Street
Fremont, CA 94539

_____
Syed Ali Saeed