UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARG GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01530-RLY-MJD |
| | ) |
| PAUL KAUL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ENTRY ADOPTING REPORT AND RECOMMENDATION**

On December 13, 2023, Magistrate Judge Dinsmore recommended the court dismiss Plaintiff's claims against Defendants Mohammad Abbas and Krystal Entertainment Inc. for failure to prosecute and as a sanction for failing to obey a court order. Plaintiff did not object to this disposition within the 14-day period imposed by Federal Rule of Civil Procedure 72(b)(2). Accordingly, the court reviews the R&R for clear error. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After a review of the recommendation and the record, the court finds no clear error. Thus, Magistrate Judge Dinsmore's Report and Recommendation (Filing No. 83) is **ADOPTED**. Plaintiff's claims against Defendants Mohammad Abbas and Krystal Entertainment Inc. are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is **DIRECTED** to remove Defendants Mohammad Abbas and Krystal Entertainment Inc. from the caption.

**IT IS SO ORDERED** this 2nd day of January 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.