UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARG GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01530-RLY-MJD |
| | ) |
| PAUL KAUL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER DISMISSING CASE**

Defendants Paul Kaul and Dembi Productions LLC move to dismiss this case as a sanction under Federal Rule of Civil Procedure 37 for failing to comply with its discovery obligations. In the three months following the filing of that motion, Plaintiff has failed to respond. "Failure to respond to an argument . . . results in waiver." *Bonte v. U.S. Bank, N.A.*, 624 F.3d 461, 466 (7th Cir. 2010); *see also Kirksey v. R.J. Reynolds Tobacco Co.*, 168 F.3d 1039, 1042 (7th Cir. 1999) ("If [judges] are given plausible reasons for dismissing a complaint, they are not going to do the plaintiff's research and try to discover whether there might be something to say against the defendants' reasoning."). Plaintiff Garg Group has "conceded the validity of [Defendants'] arguments by failing to respond." *Bonte*, 624 F.3d at 466.

1

Thus, Defendants motion to dismiss is **GRANTED**. This action is **DISMISSED with prejudice** as a sanction because Garg Group failed to comply with its discovery obligations. Final judgment shall follow by separate order.

**IT IS SO ORDERED** this 18th day of March 2024.

                                        RICHARD L. YOUNG, JUDGE
                                        United States District Court
                                        Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.