UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARG GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01530-RLY-MJD |
| | ) |
| PAUL KAUL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Today, the court dismissed the action. The court now enters final judgment for the Defendants and against the Plaintiff.

**IT IS SO ORDERED** this 18th day of March 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Jina M. Dafe_____

Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsels of Record.